AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
District of Arizona

2016 OCT 18  AM 9:44

**SEALED**

RECEIVED
U.S. MARSHALS SERVICE
DIST-AZ PHOENIX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|   | ) | Case No.  CR-16-50158-PHX-DKD |
|   | ) | |
| Amanda Mae Sutherland | ) | 17-mj-01098-KLM |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Amanda Mae Sutherland
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violating conditions of Probation


Date: October 18, 2016                                              _____
                                                                    *issuing officer's signature*

City and state:   Phoenix, Arizona                                   BRIAN D. KARTH, CLERK
                                                                    *By Caryn Smith, Deputy Clerk*

---

### Return

This warrant was received on *(date)* 10/18/16 , and the person was arrested on *(date)* 5/24/17
at *(city and state)*  Denver, CO        .

Date: 5/24/2017                                  _____
                                                 *Arresting officer's signature*

                                                 Daniel Rupp  Deputy US Marshal
                                                 *Printed name and title*



Petition12C – Rev. 11/14

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    OCT 1 8 2016

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant

| | |
|---|---|
| Name of Offender: | **Amanda Mae Sutherland**      Case No.: **CR-16-50158-001-PHX-DKD** |
| Name of Judicial Officer: | **The Honorable David K. Duncan**<br>**United States Magistrate Judge** |
| Date of Original Sentence: | **4/20/2016** |
| Original Offense: | **Count 2: Operating Motor Vehicle with BAC 0.08+, 36 CFR 4.23(a)(2), a Class B Misdemeanor** |
| Original Sentence: | **Count 2: 60 months Supervised Probation** |
| Type of Supervision: | **Probation**      Date Supervision Commenced: **4/20/2016**<br>Date Supervision Expires: **4/19/2021** |
| Assistant U.S. Attorney: | **Vincent Q. Kirby**      Defense Attorney: **To Be Assigned**<br>**602-514-7500** |

*SEALED*

Petitioning the Court to issue a Warrant.

The probation officer alleges Amanda Mae Sutherland has violated the following conditions of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #1** which states, *"You shall not commit another federal, state, or local crime during the term of supervision."*<br><br>On October 1, 2016, Sutherland committed the crimes of Simple Assault and Assault-Battery, as evidenced by Aurora Police Department report #2016-39367. |

Page 2
RE: Amanda Mae Sutherland
Petition to Revoke
October 14, 2016

    B    **Standard Condition #3** which states, *"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."*

          Sutherland failed to report to the probation officer on October 14, 2016 as directed.

    C    **Standard Condition #7** which states, *"You shall notify the probation officer at least ten days prior to any change of residence or employment."*

          On September 19, 2016, the probation officer learned that Sutherland had relocated to the state of Colorado without prior permission, and her whereabouts is unknown.

    D    **Standard Condition #13** which states, *"You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer."*

          Sutherland failed to immediately notify the probation officer of police contact that occurred on August 8, 2016.

**U.S. Probation Officer Recommendation and Justification**

Amanda Mae Sutherland has violated the trust of the Court. A warrant is recommended as Amanda Mae Sutherland's whereabouts is unknown.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_Carrie Valdivia_ (signature)    10/14/2016
Carrie Valdivia                  Date
U.S. Probation Officer
Office: 928-286-5775
Cell: 928-380-4592

_J. Todd Davison_ (signature)    10/14/2016
J. Todd Davison                  Date
Supervisory U.S. Probation Officer
Office: 928-286-5758
Cell: 928-699-8751

Page 3
RE: Amanda Mae Sutherland
Petition to Revoke
October 14, 2016

The Court Orders

☐ No Action

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_____                    OCTOBER 18, 2016
The Honorable David K. Duncan                         Date
United States Magistrate Judge